UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**MICHAEL MERULLO**

V.                                                              CIVIL ACTION NO. **22-10410-DJC**

**AMICA MUTUAL INS. CO.**

### ORDER OF DISMISSAL

CASPER, D.J.

In accordance with the Memorandum and Order dated December 5, 2022, the Court Orders that Defendant's Motion to Dismiss is Allowed and the above-entitled action be and hereby is DISMISSED.

December 5, 2022                                              /s/ Lisa M. Hourihan
                                                              Deputy Clerk