# United States Court of Appeals
## For the First Circuit

No. 23-1005

MICHAEL MERULLO, on behalf of himself and all others similarly situated,

Plaintiff, Appellant,

v.

AMICA MUTUAL INSURANCE COMPANY,

Defendant, Appellee.

**JUDGMENT**

Entered: September 20, 2023

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc: Michael C. Forrest, Kevin John McCullough, Anthony Joseph Antonellis, Christopher Michael Reilly, Mara E. Finkelstein